(2023-193)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EVANGELINA CHAVEZ | § | |
| | § | |
| VS. | § | Civil Action No. _____ |
| | § | |
| TARGET CORPORATION | § | JURY DEMANDED |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, TARGET CORPORATION, files this Notice of Removal to the United States District Court for the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. § 1441, based on the following facts, which show that this case is properly removable:

### I.

### PROCEDURAL BACKGROUND

1. On September 14, 2023, Plaintiff, EVANGELINA CHAVEZ, commenced an action in the 357th Judicial District Court of Cameron County, Texas, Cause No. 2023-DCL-04466, styled ***Evangelina Chavez v. Target Corporation***. Plaintiff alleges Defendant is liable for negligence under a premises liability theory.

2. On or about September 25, 2023, Defendant, TARGET CORPORATION, was served with a copy of Plaintiff's Original Petition.

3. At the time suit was filed, and continuing to the present, this Court had, and still has, original subject mater jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). There is complete diversity of citizenship between Plaintiff and Defendant. Further, there are no statutory bars against removal to the United States District Court, Southern District of Texas.

4.    Additionally, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.[1]

## II.

## PARTIES & BASIS FOR REMOVAL

5.    Plaintiff is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of the United States and domiciled in the State of Texas. Specifically, Plaintiff alleges to be a resident of Cameron City, Texas.[2]

6.    Defendant, Target Corporation, is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a Minnesota Corporation with its principal place of business in Minneapolis, Minnesota.

7.    There is complete diversity between the parties.

## III.

## COMPLIANCE WITH REMOVAL PROCEDURES

8.    A copy of this Notice of Removal was filed with the clerk of the State Court in which the original action was filed, as required by law.

9.    Pursuant to Local Rules 3 and 81, this Notice of Removal is accompanied by a Civil Cover Sheet and copies of the following attached documents:

   a.    Pleadings asserting causes of action (Exhibit A);
   b.    All orders signed by the State Judge (Exhibit B);
   c.    The state court docket sheet at the time of removal (Exhibit C);
   d.    An index of matters being filed (Exhibit D);

---

[1] *See* Exhibit A, Plaintiff's Original Petition.

[2] *Id.*

e.     A list of all attorneys, including their addresses, telephone numbers, and the parties they represent (Exhibit E);

## IV.

## PRAYER

For these reasons, Defendant, TARGET CORPORATION, requests that the Court take jurisdiction of this action to its conclusion and final judgment, to the exclusion of any further proceedings in State Court, in accordance with law.

Dated: October 17, 2023

Respectfully submitted,

/s/ *Anthony B. James*
Anthony B. James, *Attorney-in-Charge*
State Bar No. 10537300
Federal I.D. No. 3785
Email: ajames@hodgejames.com
Marco A. Jilpas
State Bar No. 24071331
Federal I.D. No. 2983324
Email: mjilpas@hodgejames.com
HODGE JAMES JILPAS & NICHOLS
Attorneys at Law
P.O. Box 534329 (78553)
1617 E. Tyler, Suite A
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile:  (956) 425-7707
***Attorneys for Defendant*,
TARGET CORPORATION**

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the above and foregoing, Defendant's Notice of Removal, has been served on the 17th day of October, 2023, to all attorneys of record via E-Service as follows:

Email: fpena@fpenalaw.com
Email: paralegal@fpenalaw.com
Fidel L. Pena, III
The Fidel L. Pena, III Law Firm, PLLC
505 Angelita Dr., Suite 15
Weslaco, Texas 78599

*Attorney for Plaintiff*

/s/ *Anthony B. James*
Anthony B. James